UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WORLDSLIDE, LLC,

    Plaintiff,

  v.　　　　　　　　　　　　　　　　NO. CIV. S-12-0873 LKK/KJN

BRIAN DUBINSKY and
AQUAWOOD, LLC using
trade name TOYQUEST,　　　　　　　　O R D E R
WAL-MART STORES, INC.,
AMAZON.COM, INC.,
TOYS'R'US-DELAWARE, INC.,

    Defendants.
_____/

    A status conference was held in chambers on August 27, 2012. After hearing, the court orders as follows:

    1.  A further status conference is set for November 26, 2012 at 10:30 a.m.

    IT IS SO ORDERED.

    DATED: August 28, 2012.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1