Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendants
(except Wal-Mart Stores, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Worldslide, LLC, | Related Cases |
| Plaintiff, | Case No. 2:11-cv-01806-MCE |
| v. | Case No. 2:11-cv-03350-MCE |
| Wal-Mart Stores, Inc., | Case No. 2:11-cv-03352-MCE |
| | Case No. 2:11-cv-03369-MCE |
| v. | Case No. 2:12-cv-00872-MCE |
| Target Corporation, | Case No. 2:12-cv-00873-MCE |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Amazon.com, Inc., | |
| v. | |
| Toys 'R' Us-Delaware, Inc., | |
| v. | |
| Brian Dubinsky, AquaWood, LLC, Wal-Mart Stores, Inc., Target Corporation, Amazon.com, Inc.. and Toys 'R' Us-Delaware, Inc., | |
| Defendants. | |

## Order Of Dismissal With Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulations of Dismissal With Prejudice filed in each of the above-captioned, related cases, all of the above-captioned, related cases are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT